Jesus FERNANDEZ, Plaintiff–Appellant,

v.

CHINA OCEAN SHIPPING (GROUP) CO. (Cosco) and Guangzhou Shipping Company, Defendants–Appellees,

Ocean Rex Shipping Co. Ltd and Solar Star Shipping & Enterprise, Defendants–Third–Party–Defendants.

No. 03–7771.

United States Court of Appeals, Second Circuit.

April 22, 2004.

Max Cohen, (Martin Lassoff,) New York, N.Y, for Appellant, of counsel.

Todd L. Platek, DeOrchis & Partners, LLP, New York, N.Y, for Appellee.

Present: NEWMAN, KATZMANN, Circuit Judges, and KOELTL,* District Judge.

States District Court for the Southern District

SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court be and hereby is AFFIRMED for substantially the reasons stated in its comprehensive memorandum and order, *Fernandez v. China Ocean Shipping (Group) Co.*, No. CV–00–6223 (DGT), 2003 WL 21527068, 2003 U.S. Dist. LEXIS 11505 (E.D.N.Y. July 8, 2003).